UNITED STATES, Appellee

v

HANYO SMITH, Private First Class,
U. S. Marine Corps, Appellant

18 USCMA 585, 40 CMR 297

*Captain Frank A. Nelson,* JAGC, USN, was on the pleadings for Appellant, Accused.

*Colonel C. R. Larouche,* USMC, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

Tested by the standards laid down in United States v Care, 18 USCMA 535, 40 CMR 247, the inquiry into the accused's plea of guilty would not meet the criterion that must apply to cases tried thirty days after the decision in *Care.* In this case, however, the accused, in mitigation, admitted his guilt, saying: "Gentlemen, my plea of guilty is, in fact, I am guilty of all the specifications and charges there. As far as an excuse, I have no excuse." We are, therefore, satisfied that accused's guilty plea, in this case, is provident.

Accordingly, the decision of the board of review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge:

I concur in the result. See my dissent in United States v Care, 18 USCMA 535, 40 CMR 247.